```
Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Suzanne Perkins
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. CRS 10-0097 JAM |
|  | ) WAIVER OF PERSONAL APPEARANCE |
| Plaintiff, | ) |
| vs. | ) |
| Suzanne Perkins, | ) |
| Defendant | ) |

    The undersigned defendant, Suzanne Perkins, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before trial except upon impanelment of jury and trial itself.

    The undersigned defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver, and hereby agrees that her interests will be deemed represented at all times by the presence of her attorney the same as if the defendant herself were personally

1

PDF created with pdfFactory trial version www.pdffactory.com

present in court, and further agrees to be present in person in court when the jury is impaneled and the trial is under way, or at any time it is ordered by the court.

The defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without her personal presence.

DATED: May 4, 2010                /s/ Suzanne Perkins[1], Defendant


I concur in Ms. Perkins' decision to waive her presence at future proceedings.


DATED: May 4, 2010                /s/ Tim Warriner, Attorney for
                                  Defendant, Suzanne Perkins


IT IS SO ORDERED.

DATED: May 6, 2010                /s/John A. Mendez
                                  JOHN A. MENDEZ
                                  UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to local EFC procedure, attorney will maintain an originally executed copy.

2

PDF created with pdfFactory trial version www.pdffactory.com