Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
SUZANNE PERKINS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| United States of America, | ) Case No. CRS 10-0097 JAM |
|---|---|
| Plaintiff, | ) ORDER FOR TRANSPORTATION AND ) SUBSISTENCE |
| vs. | ) 18 U.S.C. § 4285 |
| Suzanne Perkins, *et al.*, | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED that the United States Marshal pay for round-trip transportation for defendant Suzanne Perkins from Mojave, California, to Sacramento, and provide her with subsistence while in Sacramento for the purpose of attending court and meeting with counsel.

Ms. Perkins is indigent and financially unable to pay for travel to Sacramento and return to Mojave, California. This order is authorized pursuant to 18 U.S.C. § 4285.

DATED: October 12, 2010

                         /s/ John A. Mendez
                         UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com