Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Suzanne Perkins

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>SUZANNE PERKINS,<br><br>        Defendant. | ) Case No. CRS 10-0097 JAM<br>) STIPULATION AND ORDER<br>) CONTINUING JUDGMENT AND<br>) SENTENCINCE HEARING<br>)<br>)<br>)<br>)<br>)<br>) |

     This matter is presently set for a judgment and sentencing hearing on October 25, 2011 at 9:30 a.m. Counsel for Ms. Perkins has recently received approximately 150 pages of medical/psychological records that are relevant to the sentencing of Ms. Perkins and the application of 18 U.S.C. § 3553(a). Counsel and the probation officer are requesting additional time to review and evaluate these materials. Therefore, it is hereby stipulated by the parties that the date for judgment and sentencing be continued to **December 6, 2011 at 9:30 a.m.**

    DATED: October 17, 2011        /s/ Tim Warriner, Attorney for
                                                     SUZANNE PERKINS

    DATED: October 17, 2011        /s/ Jared Dolan, Assistant U.S.
                                                     Attorney for the Government

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentence hearing set for October 25, 2011 be continued to December 6, 2011 at 9:30 a.m.

DATED: 10/17/2011                    /s/ John A. Mendez
                                     UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com