...

Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Suzanne Perkins

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SUZANNE PERKINS,<br><br>        Defendant. | Case No. CRS 10-0097 JAM<br>STIPULATION AND ORDER<br>CONTINUING JUDGMENT AND<br>SENTENCINCE HEARING |

This matter is presently set for a judgment and sentencing hearing to be held on December 6, 2011 at 9:15 a.m. Defense counsel requests additional time to prepare for the judgment and sentencing hearing. The probation officer does not object to a continuance to January 17, 2012. Therefore, it is hereby stipulated by the parties that the date for judgment and sentencing be continued to **January 17, 2012 at 9:30 a.m.**

DATED: November 30, 2011    /s/ Tim Warriner, Attorney for
                                                              SUZANNE PERKINS

DATED: November 30, 2011    /s/ Jared Dolan, Assistant U.S.
                                                              Attorney for the Government

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentence hearing set for December 6, 2011 be continued to January 17, 2012 at 9:30 a.m.

DATED: 11/30/2011                    /s/ John A. Mendez_____
                                     UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com