Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Suzanne Perkins

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CRS 10-0097 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER ) CONTINUING JUDGMENT AND ) SENTENCINCE HEARING |
| vs. | ) |
| SUZANNE PERKINS, | ) |
| Defendant. | ) |

This matter is presently set for a judgment and sentencing hearing to be held on January 17, 2012 at 9:30 a.m. Defense counsel is in a murder trial in Sacramento County that will last through the month of January, and requests a continuance of the sentencing hearing. The government stipulates to the continuance, and there is no objection by the probation officer to the proposed date. Therefore, it is hereby stipulated by the parties that the date for judgment and sentencing be continued to **February 21, 2012 at 9:30 a.m.**

DATED: January 11, 2012        /s/ Tim Warriner, Attorney for
                               SUZANNE PERKINS

DATED: January 11, 2012        /s/ Jared Dolan, Assistant U.S.
                               Attorney for the Government

1

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentence hearing set for January 17, 2012 be continued to February 21, 2012 at 9:30 a.m.

DATED: 1/12/2012          /s/ John A. Mendez
                          UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com